# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **FRANCIS C. ADAMS,**<br><br>**Plaintiff,**<br><br>v.<br><br>**UNITED STATES OF AMERICA,**<br><br>**Defendant.** | **CV 20-54-GF-BMM**<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS FOR SIXTY DAYS** |

The Defendant has filed a motion to stay proceedings for sixty (60) days and to vacate all remaining deadlines. Upon good cause being shown by the moving party, IT IS HEREBY ORDERED that Defendant's motion is GRANTED. The case is hereby STAYED and all remaining deadlines are vacated. The parties shall file a joint status report on or before April 10, 2021.

**DATED** this 10th day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court